AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

J&J SPORTS PRODUCTIONS, INC.

|  |  |
|---|---|
| V. | CASE NUMBER:    08CV2574 |
|  | ASSIGNED JUDGE:    JUDGE ST. EVE |
| William Kleronomos, indv. and d/b/a Plush Chicago and Plush Chicago | DESIGNATED MAGISTRATE JUDGE:    MAGISTRATE JUDGE BROWN |

TO: (Name and address of Defendant)

Plush Chicago
c/o William Kleronomos
1104 W. Madison
Chicago, Illinois  60607

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Zane D. Smith & Associates, Ltd.
415 N. LaSalle Street - Suite 300
Chicago, Illinois  60610

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

**Michael W. Dobbins, Clerk**

_(signature)_

(By) DEPUTY CLERK

**May 6, 2008**

Date

AO 440 (Rev. 8/01) Summons in a Civil Action

08 CV 2574   PLUSH CHICAGO

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 5/19/08 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| Kevin McWilliams | Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify):  C/O MIGUEL MEJIA MANAGER C/O
PLUSH CHICAGO 1104 W MADISON
CHICAGO IL 60607

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5/19/08
            Date                     Signature of Server

4647 W. 103rd St., Oak Lawn, IL 60453
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure